In the Matter of the Petition of ROBERT J. LINDSAY and Another, as Executors, etc., of ISABELLA WARD, Deceased, for the Judicial Construction of the Last Will and Testament of SAMUEL WARD, Deceased.— Decree unanimously affirmed, with costs to the respondents.

In the Matter of the Application of ADELAIDE A. WIEDENBECK, Appellant, for a Peremptory Order of Mandamus against SULLIVAN W. JONES, State Architect of the State of New York, Respondent.— Order modified by striking therefrom the statement of the reason for its denial and as so modified unanimously affirmed, without costs, on the ground that the record fails to disclose that the proper papers were not entered and filed as required by chapter 612 of the Laws of 1924.*

Before STATE INDUSTRIAL BOARD, Respondent. MARY PALLO, Respondent, v. MARY H. EGAN and Others, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that a schedule award has been made without any evidence or finding as to the permanency of the injury, or any proof as to the extent of the injury. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. T. L. PIASECKI, Respondent, v. CHERAMY, INC., and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that no claim was ever filed, and that the wages paid were not paid according to mutual understanding as advances of compensation. All concur.

HAROLD A. PIERCE, Respondent, v. ARMOUR & COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS MERRILL, as Executor, and Another, as Administrator with the Will Annexed, of the Last Will, etc., of ANGIE M. BOOTH, Deceased, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEREMIAH DEDRICK, Respondent, v. WALTER N. THAYER, JR., Superintendent of State Institution for Delinquents, Appellant.— Motion for reargument granted. [See ante, p. 359.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD CIZENSKI, Respondent, v. WILLIAM HUNT, as Agent and Warden of Great Meadow Prison of Comstock, N. Y., Appellant.— Order reversed on the law, writ dismissed, and relator remitted to the custody of the appellant. All concur.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK on the Relation of PATRICK NEALON, Petitioner, for a Certiorari Order against ROBERT J. MURRAY, as Director of Public Works of the City of Watervliet, County of Albany, New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent.